Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 68.32.191.163,<br><br>                Defendant. | Civil Action No. 2:13-cv-01176-KM-MAH |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
### <u>WITHOUT PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 68.32.191.163. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith, Plaintiff consents to the Court having its case closed for administrative purposes.

DATED this 28th day of June, 2013

CNJ44

Respectfully submitted,

By: /s/*Patrick Cerillo*
Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on June 28th, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Patrick Cerillo*